UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARYL ROGERS,

                Plaintiff,

v.

CLARK COUNTY CORRECTIONS, *et al.*,

                Defendants.

Case No. C22-5064-JCC-SKV

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on Plaintiff's motion for an extension of time to file a response to Defendants' pending motion to dismiss. Defendants have not opposed Plaintiff's motion. The Court, having reviewed Plaintiff's motion, and the balance of the record, hereby ORDERS as follows:

(1) Plaintiff's unopposed motion for extension of time (Dkt. 12) is GRANTED. Plaintiff is directed to file his response to Defendants' motion to dismiss not later than ***Monday, June 6, 2022***.

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 1

(2) Defendants' motion to dismiss (Dkt. 9) is RE-NOTED on the Court's calendar for consideration on **Friday, June 10, 2022**. Defendants must file any reply brief by that date.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

DATED this 9th day of May, 2022.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 2