UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL ROGERS,<br><br>                   Plaintiff,<br><br>   v.<br><br>CLARK COUNTY CORRECTIONS, *et al.*,<br><br>                   Defendants. | Case No. C22-5064-JCC-SKV<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME |

      This is a civil rights action proceeding under 42 U.S.C. § 1983.  This matter comes before the Court at the present time on Plaintiff's second motion for an extension of time to file a response to Defendants' pending motion to dismiss. Dkt. 14.  Plaintiff previously requested a thirty-day extension of time to file his response to Defendants' motion to dismiss, asserting that COVID-19 protocols at his facility had limited access to the law library and prevented him from adequately responding to Defendants' motion. Dkt. 12.  The Court granted Plaintiff's motion and, two days later, received a second motion for extension of time from Plaintiff, this one requesting an additional sixty-days to file a response to Defendants' motion to dismiss. Dkts. 13, 14.

ORDER GRANTING PLAINTIFF'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

Plaintiff asserts in his current motion that a COVID-19 outbreak at his facility has caused closures of the law library which, again, have prevented him from adequately responding to Defendants' motion to dismiss. *See* Dkt. 14. Defendants did not oppose Plaintiff's original request for additional time, nor have they opposed the current request. While the Court deems it appropriate to grant Plaintiff the additional time he seeks on this occasion, Plaintiff is advised that the Court will be reluctant to grant further extensions.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's unopposed second motion for an extension of time (Dkt. 14) is GRANTED. Plaintiff is directed to file his response to Defendants' motion to dismiss not later than **Monday, August 8, 2022**.

(2) Defendants' motion to dismiss (Dkt. 9) is RE-NOTED on the Court's calendar for consideration on **Friday, August 12, 2022**. Defendants must file any reply brief by that date.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

Dated this 3rd day of June, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
SECOND MOTION FOR EXTENSION
OF TIME - 2