THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL ROGERS, | CASE NO. C22-5064-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CLARK COUNTY CORRECTIONS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to accept his untimely objections to the report and recommendation ("R&R") in this case (Dkt. No. 26). Plaintiff states he was transferred from Stafford Creek Corrections Center to Airway Heights Corrections Center in November 2022, which delayed his receipt of the R&R.[1] Finding good cause, the Court will consider the untimely filed objections. Responses to objections may be filed by December 23, 2022. If no timely objections are filed, the matter will be ready for consideration on December 23, 2022.

---

[1] Plaintiff asks the Court to permit the submission of documents via U.S. Postal Service. (Dkt. No. 25.) To support this request, he alleges his prisoner e-filing mail is being altered and copied before he can open it but presents no evidence to support this claim. Absent evidence of any wrongdoing, the Court DENIES Plaintiff's request to submit document by U.S. Postal Service.

MINUTE ORDER
C22-5064-JCC
PAGE - 1

DATED this 9th day of December 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk
